M. P. No. 74-7. EDWARD TERRENCE ROCHE v. STATE. Pro se petition for writ of mandamus is denied without prejudice. Roberts, C. J. not participating. *Edward Terrence Roche,* petitioner, pro se. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for respondent.

M. P. No. 74-8. HANNAH PRIMIANO v. TOWN COUNCIL OF THE TOWN OF WARREN. Petition for writ of certiorari is granted. Roberts, C. J. not participating. *John F. Cuzzone, Jr., Matthew F. Callaghan, Jr.,* for petitioner. *Pasquale T. Annarummo,* Town Solicitor, for respondent.

C. A. No. 73-95. STATE v. ARTHUR H. PARMENTIER. Motion of State to remand to Superior Court is denied without prejudice to right to renew motion at hearing on merits. Roberts, C. J. not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *Cappuccio & Cappuccio, Frank S. Cappuccio,* for defendant.

C. A. No. 73-198. STATE v. ANTHONY SFAMENI. Motion of State that appellant be required to file a full transcript of Superior Court proceedings and defendant's motion for bail are assigned to calendar of Friday, February 8, 1974, for oral argument. Roberts, C. J. not participating. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff-appellee. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant-appellant.